AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Welsh, James G. | WDVa | 12/02/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (part-time) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

116 N. Main Street
Harrisonburg, VA 22802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | secretary, shareholder, Virginia Registered Agent (see part VIII, note 1.1) | P. Stadler & Sons Company |
| 2. | member (see part VIII, note 1.2) | Livia Properties II, LC |
| 3. | custodial accout for minor (see part VIII, note 1.3) | Strong-Wells Fargo Fund |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | Livia Properties II, LC operating agreement (see part VIII, note II.1) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welsh, James G. | 12/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Home Town Bank | rental property loan | P1 |
| 2. | Community Bank / now City Nat'l Bank | rental property-related loans | K |
| 3. | Community Bank / now City Nat'l Bank | personal loan (credit line) | J |
| 4. | BB&T | real estate loan | N |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welsh, James G. | 12/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Laytonsville Nursury Corp. (see part VIII, note Vii.1) | | None | K | W | | | | | |
| 2. P. Stadler & Sonns, Co. (see part VIII, note VII.2 | | None | J | U | | | | | |
| 3. Livia Properties II, LC (see part VIII note VII.3) | G | Rent | P2 | W | | | | | |
| 4. City Nat'l (formerly Community Bank) | A | Interest | J | T | | | | | |
| 5. Fidelity (core cash acct) | A | Interest | J | T | | | | | |
| 6. AXP Annuity | C | Interest | L | T | | | | | |
| 7. Lutheran Brotherhood whole life policy | B | Dividend | J | T | | | | | |
| 8. Lutheran Brotherhood whole life policy | A | Dividend | K | T | | | | | |
| 9. STOCK FUNDS (H) | | | | | | | | | |
| 10. Fidelity Advisors Int'l Discovery Cl (FIADX) | A | Dividend | J | T | | | | | |
| 11. Fidelity Diversified. Int'l (FDIVX) | A | Dividend | J | T | | | | | |
| 12. Fidelity Energing Mkts (FEMKX | A | Dividend | J | T | Sold (part) | 02/11/14 | J | A | |
| 13. Fidelity RE Invest (FRESX) | A | Dividend | J | T | | | | | |
| 14. Fidelity Growth Co (FDGRX | B | Dividend | K | T | | | | | |
| 15. Fidelity Value Strategies (FSLSX) | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 16. Fidelity Value (FDVLX) | A | Dividend | J | T | | | | | |
| 17. Acadian Emerg. Markets (AEMGX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welsh, James G. | 12/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Artisan Small Cap Fund (ARTSX) | A | Dividend | J | T | | | | | |
| 19. Wm Blair Int'l Growth (WBIGX) | A | Dividend | J | T | | | | | |
| 20. Causeway Intl Value Investor (CIVVX | A | Dividend | J | T | | | | | |
| 21. Fimm MMKT Port Inst Cl (FNSXX) | A | Dividend | | | Buy | 02/10/14 | J | | |
| 22. | | | | | Sold | 04/16/14 | J | A | |
| 23. Parametric (EAEMX) | A | Dividend | J | T | Sold (part) | 02/11/14 | J | A | |
| 24. | | | | | Sold (part) | 10/29/14 | J | A | |
| 25. | | | | | Sold (part) | 12/03/14 | J | A | |
| 26. Franklin Internatl sm cap Growth (FINAX) | | None | | | Buy | 02/11/14 | J | | |
| 27. | | | | | Sold | 10/30/14 | J | A | |
| 28. Harbor Int'l Admin (HAINX)) | A | Dividend | J | T | | | | | |
| 29. Oakmark (OAKMX) | A | Dividend | J | T | | | | | |
| 30. MFS Intl Value (MGIAX) | A | Dividend | J | T | | | | | |
| 31. MFS Research Intl (MRSAX) | A | Dividend | J | T | | | | | |
| 32. Morgan Stanley Glob. RE (MRLBX) | A | Dividend | J | T | | | | | |
| 33. Northern Small Cap Value (NOSGX) | A | Dividend | J | T | | | | | |
| 34. Oppenheimer Intl Growth Class A (OIGIX) | A | Dividend | J | T | Buy (add'l) | 02/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welsh, James G. | 12/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 36. | | | | | Sold (part) | 10/29/14 | J | A | |
| 37. Pru Jennison Mid Cap (PEEAX) | A | Dividend | J | T | | | | | |
| 38. RS Small Cap Growth (RSYGX) | A | Dividend | J | T | | | | | |
| 39. T Rowe Price Small cap Value (PASVX) | A | Dividend | J | T | Buy (add'l) | 10/29/14 | J | | |
| 40. CRM Mid Cap (CRMMX) | | None | | | Sold | 04/17/14 | J | A | |
| 41. TransAm Intl Equitu (TSWIX) | A | Dividend | J | T | Buy | 10/29/14 | J | | |
| 42. TransAm Intl Small Cap (TISVX) | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 43. BOND FUNDS (H) | | | | | | | | | |
| 44. Fidelity Municipal Income (FHIGX) | B | Dividend | L | T | | | | | |
| 45. Invesco Conv. Securities (CnSDX) | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 46. Deutsche Managed Muni Bond (SCMBX) | B | Interest | K | T | Buy (add'l) | | J | | formerly DWS Managed ... |
| 47. Nuveen Va Muni Bond (FVATX) | B | Interest | K | T | | | | | |
| 48. Nuveen Inter Muni Bond (NMBAX) | A | Dividend | J | T | Buy | 08/25/14 | J | | |
| 49. T Rowe Price Tax Free Short Intl (PRFSX) | A | Interest | J | T | Sold (part) | 06/19/14 | J | A | |
| 50. Tenpleton Global Bond (TPINX) | A | Dividend | J | T | Buy (add'l) | 01/17/14 | J | | |
| 51. Wells Fargo Advig Lg Co Growth (WFPNX) | | None | | | Buy | 06/19/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welsh, James G. | 12/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/25/14 | J | A | |
| 53. Wells Fargo short Term Muni(SMAIX) | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 54. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 55. STOCKS (H) | | | | | | | | | |
| 56. Altria group (MO) | A | Dividend | J | T | | | | | |
| 57. ishares TR Russell midcap index (IWR) | A | Dividend | J | T | | | | | |
| 58. ishares TR Russell 1000 Value (IWD) | A | Dividend | K | T | | | | | |
| 59. ishares russell 1000 Growth Index (IWF) | A | Dividend | J | T | | | | | |
| 60. ishares TR Russell 1000 Index (IWB) | A | Dividend | K | T | | | | | |
| 61. ishares US Financials (IYF) | A | Dividend | J | T | | | | | |
| 62. ishares Core S&P (IJR) | A | Dividend | J | T | Buy | 10/31/14 | J | | |
| 63. PM | A | Dividend | J | T | | | | | |
| 64. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | | |
| 65. Vanguard Index FDS/ formerly Vguard Index (VUG) | A | Dividend | J | T | | | | | |
| 66. YUM | A | Dividend | J | T | | | | | |
| 67. SHORT-TERM FUNDS (H) | | | | | | | | | |
| 68. Fidelity Money Market (FTEXX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welsh, James G. | 12/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fimm MMkt Port (FNSXX) | A | Dividend | K | T | Sold (part) | 02/25/14 | J | A | |
| 70. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 71. | | | | | Sold (part) | 05/20/14 | J | A | |
| 72. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 73. | | | | | Sold (part) | 08/18/14 | J | A | |
| 74. | | | | | Sold (part) | 11/25/14 | J | A | |
| 75. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 76. STOCK FUNDS (H) | | | | | | | | | |
| 77. Strategic Adevisors Core (FCSAX) | B | Dividend | K | T | Buy (add'l) | 02/07/14 | J | | |
| 78. | | | | | Sold (part) | 03/06/14 | J | A | |
| 79. | | | | | Sold (part) | 06/19/14 | J | A | |
| 80. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 81. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 82. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 83. | | | | | Buy (add'l) | 08/11/14 | J | | |
| 84. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 85. | | | | | Sold (part) | 12/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welsh, James G. | 12/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Strategic Advisors Growth Fund (FSGFX) | B | Dividend | J | T | Sold (part) | 03/06/14 | J | A | |
| 87. | | | | | Sold (part) | 06/05/14 | J | A | |
| 88. | | | | | Sold (part) | 06/19/14 | J | A | |
| 89. | | | | | Sold (part) | 12/11/14 | J | A | |
| 90. Straegic Advisors Value (FVSAX | B | Dividend | J | T | Sold (part) | 06/05/14 | J | A | |
| 91. | | | | | Sold (part) | 06/19/14 | J | A | |
| 92. | | | | | Sold (part) | 10/21/14 | J | A | |
| 93. | | | | | Sold (part) | 12/11/14 | J | A | |
| 94. Strategic Advisors Emerg Mkts (FSAMX) | A | Dividend | J | T | Sold (part) | 06/19/14 | J | A | |
| 95. Strategic Advisors US Opportunity (FUSOX) | A | Dividend | J | T | Sold (part) | 06/19/14 | J | A | |
| 96. | | | | | Sold (part) | 07/16/14 | J | A | |
| 97. | | | | | Sold (part) | 08/05/14 | J | A | |
| 98. | | | | | Sold | 08/08/14 | J | C | |
| 99. Strategic Advisors Sml-Mid Cap (FSCFX) | A | Dividend | J | T | Sold (part) | 06/19/14 | J | A | |
| 100. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 101. | | | | | Sold (part) | 08/05/14 | J | A | |
| 102. | | | | | Buy (add'l) | 10/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welsh, James G. | 12/02/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Strategic Advisors Int'l (FILFX) | A | Dividend | L | T | Buy (add'l) | 01/28/14 | J | | |
| 104. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 105. | | | | | Sold (part) | 03/06/14 | J | A | |
| 106. | | | | | Sold (part) | 06/19/14 | J | C | |
| 107. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 108. | | | | | Sold (part) | 12/11/14 | J | A | |
| 109. Merger Fund (MERFX) | A | Dividend | J | T | Sold (part) | 06/19/14 | J | A | |
| 110. BOND FUNDS (H) | | | | | | | | | |
| 111. Fidelity Short Term Bond (FSHBX) | A | Dividend | J | T | Sold (part) | 01/28/14 | J | A | |
| 112. | | | | | Sold (part) | 06/09/14 | J | A | |
| 113. | | | | | Sold (part) | 08/05/14 | J | A | |
| 114. Fidelity GMNA (FGMNX) | A | Dividend | J | T | Sold (part) | 06/19/14 | J | | |
| 115. | | | | | Sold (part) | 12/11/14 | J | A | |
| 116. Fidelity Total Bond (FTBFX) | A | Dividend | J | T | Sold (part) | 06/19/14 | J | A | |
| 117. Strategic Advisors Short Duration (FAUDX | A | Dividend | K | T | Sold (part) | 02/07/14 | J | A | |
| 118. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 119. | | | | | Sold (part) | 06/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welsh, James G. | 12/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 121. Strategic Advisors Incom Opportunites (FPIOX) | B | Dividend | K | T | Sold (part) | 01/28/14 | J | A | |
| 122. | | | | | Sold (part) | 06/19/14 | J | A | |
| 123. | | | | | Sold (part) | 07/16/14 | J | A | |
| 124. Strategic Advisors Core Income (FPCIX) | B | Dividend | L | T | Buy (add'l) | 01/28/14 | J | | |
| 125. | | | | | Sold (part) | 02/07/14 | J | A | |
| 126. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 127. | | | | | Sold (part) | 06/05/14 | J | A | |
| 128. | | | | | Sold (part) | 06/19/14 | J | A | |
| 129. | | | | | Sold (part) | 10/21/14 | J | A | |
| 130. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 131. Pimco Total Return (PTRAX) | A | Dividend | J | T | Sold (part) | 06/19/14 | J | A | |
| 132. Pimco Short Term Admin (PSFAX) | A | Dividend | J | T | Sold (part) | 01/28/14 | J | A | |
| 133. | | | | | Sold (part) | 06/19/14 | J | A | |
| 134. | | | | | Sold | 08/05/14 | J | A | |
| 135. Templeton Global Bond CL A (TPINX) (X) | A | Dividend | | | Sold (part) | 06/19/14 | J | A | |
| 136. OTHER (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welsh, James G. | 12/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Fidelity Cash Reserves (FDRXX) | A | Dividend | J | T | | | | | |
| 138.  Fimm MMKY Inst Class (FNSXX) (X) | A | Dividend | J | T | Sold (part) | 02/25/14 | J | A | |
| 139. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 140. | | | | | Sold (part) | 05/20/14 | J | A | |
| 141. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 142. | | | | | Sold (part) | 06/19/14 | J | A | |
| 143. | | | | | Sold (part) | 08/19/14 | J | A | |
| 144. | | | | | Sold (part) | 11/26/14 | J | A | |
| 145. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 146.  Arden Alt Strategies (ARDNX) | A | Dividend | J | T | Sold (part) | 06/19/14 | J | A | |
| 147.  Blackstone Alternity (BXMMX) | A | Dividend | J | T | Sold (part) | 06/19/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Welsh, James G. | 12/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.1 A closely held business operated in DC metro area. Pursuant to long-standing agreement, the holders of voting shares (of which the undersigned is one), the redemption value of each voting share has been conclusively established at a set dollar amount.

I.2 This is a closely held warehluse and industrial facility located in the Staunton, Virginia. The undersigned is not involved in the management or operation of the site and owns a passive minority interest.

I.3 This is a small custodial account maintained for

II.1 See note 1.2

VII.1 Laytonsville Nursery Corp. is a closely held private company. Its sole asset is a parcel of real estate situate in Montgomery County, MD and leased in part to P. Stadler & Sons Co. Without any discount either for the undersigned's minority interest or the limitations on transferability, the undersigned's minority interest has been valued based on the current assessed value of the real estate.

VII.2 See note 1.1

VII.3 See note 1.2. Valuation is based on the 2010 assessed value of the real estate and improvements.

VII.4 MFS Va Mut Bond (MFUAX) listed on line 45 on 2013 report should have been reported as completely sold on 07/19/2013 and will not appear on this report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James G. Welsh**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544